**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stalings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
LESLIE LINDLEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 25-po-00276 CDB |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| LESLIE LINDLEY, | ) (Doc. 12) |
| Defendant, | ) |

Defendant, LESLIE LINDLEY, hereby waives his appearance in person in open court upon the initial appearance set for Tuesday, February 3, 2026, of the above-entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, Alekxia Torres Stallings.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 1/27/26                          */s/Leslie Lindley*
                                        LESLIE LINDLEY

Date: 1/27/26                          */s/Alekxia Torres Stallings*
                                        ALEKXIA TORRES STALLINGS
                                        Attorney for Defendant

**ORDER**

For good cause shown, **IT IS HEREBY ORDERED** that Defendant's request for waiver of appearance (Doc. 12) is **GRANTED**. Accordingly, Defendant's appearance may be waived at any and all proceedings except arraignment, plea, trial, and sentencing, until further order of the Court.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE