**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
LESLIE LINDLEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LESLIE LINDLEY, <br><br> Defendant | Case No.: 5:25-po-00276-CDB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LESLIE LINDLEY, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Tuesday, March 3, 2026, at 10:00 a.m. (See ECF Doc.15) be continued to Tuesday, April 7, 2026, at 10:00 a.m.

Defense counsel is requesting this continuance to proceed with negotiations in this matter. I have spoken to AUSA Luke Baty and he has no objection to continuing the status conference.

Additionally, this matter is a Class B Misdemeanor case, therefore no time exclusion necessary.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 27, 2026

*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
LESLIE LINDLEY

DATED: February 27, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

## ORDER ON STIPULATION

**IT IS SO ORDERED** that the status conference set for March 3, 2026, at 10:00 a.m., be continued to April 7, 2026, at 10:00 a.m.  The parties are ordered to appear on that date at that time.

No further continuances of the status conference will be granted absent extraordinary circumstances beyond counsels' ability reasonably to control or anticipate.

IT IS SO ORDERED.

Dated: __**March 2, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE